IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES FOR THE USE AND**     **PLAINTIFF**
**BENEFIT OF HAMILTON-ELLES, INC.**

**VS.**     **CIVIL ACTION NO.: 3:14-cv-25-SA-JMV**

**GULF GROUP, INC., et al.**     **DEFENDANTS**

## ORDER GRANTING MOTION TO STAY

This matter comes before the court on the Unopposed Motion of Trey Construction, Inc. to stay the proceedings [20] until Friday July 22, 2014, so the parties may participate in a contractually required mediation on July 9, 2014. Upon due consideration of the motion, the Court finds and orders:

1. That the motion is well-taken;

2. That the granting of a stay in this action until July 22, 2014, will work no undue prejudice to any of the parties;

3. That the granting of a stay in this action will promote judicial economy;

4. That Trey Construction, Inc. shall report to this Court by Friday, July 11, 2014, the outcome of mediation;

5. Should the case be resolved at the July 9, 2014, mediation, a stipulation of dismissal of the action signed by all the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed with the court;

6. Should the case not be resolved at the July 9, 2014, mediation, a Case Management Conference will be set a few weeks after July 23, 2014, by further notice of the court. Confidential Memoranda and a Jointly Proposed Case Management Order will be

filed with this Court by the date set forth in the Notice of the Case Management Conference; and

7. That on this basis a stay shall be entered in this action until July 22, 2014.

**SO ORDERED** this, the 13th day of June, 2014.

<u>/s/Jane M. Virden</u>
**UNITED STATES MAGISTRATE JUDGE**