# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES FOR THE USE AND**                                      **PLAINTIFF**
**BENEFIT OF HAMILTON-ELLES, INC.**

**VS.**                                              **CIVIL ACTION NO.: 3:14-cv-25-SA-JMV**

**GULF GROUP, INC., et al.**                                               **DEFENDANTS**

## ORDER EXTENDING STAY

This matter is before the court, *sua sponte*, for the purpose of extending the existing stay in the above styled matter. Counsel for Defendant has represented to the court that a settlement was reached at the mediation on July 9, 2014. The parties are now in the process of drafting the necessary documents in effectuating the settlement. As such, the court finds the current stay should be extended for 60 days in anticipation of the settlement being finalized. If the settlement has not been completed by the end of the 60-day period, the court will revisit the need to place this case on a typical procedural track.

**SO ORDERED** this, the 10th day of July, 2014.

                                                               /s/Jane M. Virden
                                                               **UNITED STATES MAGISTRATE JUDGE**